[No. 8687–9–III. Division Three. June 23, 1988.]

*In the Matter of the Welfare of* A.C.

DLORAH CARIVEAU, *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 86–7–00006–7, W. Edward Allan, J. Pro Tem., entered April 14, 1987. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 8667–4–III. Division Three. June 23, 1988.]

CHARLES DONALD SPAFFORD, ET AL, *Appellants,* v. LINDA SUE BIRD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 84–2–00073–9, Larry M. Kristianson, J., entered May 15, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.

[No. 8654–2–III. Division Three. June 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD ROY FISHER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–1–00011–1, Robert S. Day, J., entered June 5, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.